UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Angela King** | **CIVIL** |
| **VERSUS** | **NO: 08-1060** |
| University Healthcare System, L.C. | SECTION: JCW |

**THE ORDER ERRONEOUSLY DOCKETED INTO THIS CASE HAS BEEN REMOVED.**